UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARGENT FUNDS GROUP, LLC    :    Civil Action No. 3-05-CV-01456 (SRU)

                           :

V.

                           :

LINDA MARIE SCHUTT         :    MARCH 24, 2006

### DECLARATION OF DR. LINDA MCMAHAN SCHUTT

1. I am over eighteen years of age and affirm under the penalty of perjury under 28 U.S.C. § 1746 that the following facts are true and correct, and based upon my personal knowledge.

2. I have filed a complaint alleging employment discrimination with the EEOC office located in Miami, Florida. This complaint arises out of my employment by Argent Funds Group, LLC ("Argent"), my relationship with its CEO, Bruce McMahan, and my termination on September 5, 2005. A copy of the revised complaint I filed with the EEOC is attached as Exhibit A.

3. After I obtain a right to sue letter concerning the EEOC claim, I plan to commence a lawsuit in a Florida court based on the same allegations underlying the EEOC claim.

4.  Since before my father Bruce McMahan caused Argent to commence this action, I have been represented in connection with the events surrounding my employment, employment termination, emotional abuse, sexual harassment, fraud and stolen property by a Florida Attorney, Jonathan Heller.

5.  I believe this suit against me has been orchestrated by Bruce McMahan and Argent to create financial, emotional and logistical hardships as I pursue my claims against my father and Argent in Florida. Bruce McMahan is aware that the computers that are the subject of his claims in this action contain documents that I need to support my claims against him in Florida.

I sign this declaration with the knowledge that the penalty for false statement is prosecution for false statement pursuant to 28 U.S.C. § 1746.

_____
Dr. Linda McMahan Schutt

## CERTIFICATION

I hereby certify that on **March** 27, **2005**, a copy of foregoing **Declaration of Dr/ Linda McMahan Schutt** was filed electronically and served by hand delivery and mail on all counsel and pro se parties, including anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Christopher Rooney, Esq.
Carmody & Torrance, LLP
195 Church Street, 18th Floor
New Haven, CT 06510

Dated at Bridgeport, Connecticut on this 27th day of March, 2006.

Defendant Dr. Linda McMahan Schutt

By: _____
Marie A. Casper (ct 08974)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
Phone: (203) 333-9441
Fax: (203) 333-1489
E-Mail: mcasper@znclaw.com

Her Attorney

3

A

22-02-2006  10:37  From-EEOC-MIAMI         3055307808         T-639  P.004/005  F-705

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 510-2006-00322 |

Florida Commission On Human Relations _____ and EEOC
_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Linda M. Schutt | (305) 372-5000 | 05-29-1969 |

Street Address — City, State and ZIP Code
C/O Jonathan Heller, 261 N.E. First Street, Miami, FL 33132

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Argent Funds Group, LLC | 201 - 500 | (203) 618-3400 |

Street Address — City, State and ZIP Code
500 West Putnam Ave., Greenwich, CT 06830

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-01-2004   Latest: 09-05-2005
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In or about April 2004 D. Bruce McMahan (McMahan) offered me the position of Executive V.P. of Marketing with his company, Argent Funds Group, LLC ("Argent"), and I accepted the position. Upon accepting the position, I gave up a fellowship at the University of Mississippi and moved to Florida to work for Argent. After accepting the position, McMahan demanded that I engage in sexual relations with him. I was fearful of losing my job and because I gave up my previous employment to work for Argent, including moving to Florida, I was forced to comply McMahan's demands for sexual favors. In or about July 2005, I advised McMahan that I would no longer engage in quid pro quo sexual favors. From that date forward, McMahan made my life miserable. I was denied access to Fisher Island at McMahan's instruction to Fisher Island employees which prohibited me from attending to other business opportunities.

I believe that I was discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, based on quid pro quo sexual harassment and I have lost my job, salary and benefits for refusing to comply with McMahan's demand for sexual favors.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X _____  X _____
Date                Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)