THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARGENT FUNDS GROUP, LLC ) | CIVIL ACTION NO. 3-05-CV-01456 )  (SRU) |
| Plaintiff, ) | |
| v. ) | |
| LINDA MARIE SCHUTT ) | AUGUST 25, 2006 |
| Defendant. ) | |

### DEFENDANT'S AMENDED MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT AND JOIN ADDITIONAL PARTIES

Defendant Dr. Linda Schutt McMahan ("Defendant") hereby moves for an extension of time within which to respond to the Plaintiff's Amended Complaint, dated August 15, 2006, and to move to join additional parties. The current deadline for responding to the complaint or moving to join additional parties is August 31, 2006. Defendant is seeking an extension of time to Monday, September 18, 2006. In support of her motion, Defendant represents as follows:

1. Defendant's counsel has filed a motion for permission to withdraw appearance, dated August 21, 2006, and Defendant currently is seeking substitute counsel. Defendant therefore requires additional time so that substitute counsel can become familiar with the pleadings, prepare an

appropriate response to the amended complaint, and evaluate whether additional parties should be joined.

2. The amended complaint filed by Plaintiff on August 15, 2006 adds new factual allegations that are substantially different from the allegations of Plaintiff's initial complaint, and also adds a new cause of action. Defendant therefore requires more time than previously anticipated to analyze the new claims and prepare an appropriate response to the amended complaint. The changes made through Plaintiff's amendment of its complaint also raises issues of whether Defendant should move to join additional parties.

3. This motion for extension of time is the first motion filed by Defendant seeking an extension of time to either respond to the amended complaint or to move to join additional parties.

4. The undersigned contacted Defendant's Connecticut counsel, Christopher Rooney, about the request for an extension of time by email on August 25, 2006. Mr. Rooney indicated that Plaintiff has no objection to this motion.

WHEREFORE, Defendant moves to for an extension of time until Monday, September 18, 2006, to (i) respond to Plaintiff's amended complaint, and (ii) move to join additional parties.

_____
Marie A. Casper (ct08974)

        Zeldes, Needle & Cooper, P.C.
        1000 Lafayette Boulevard – 5th Floor
        Bridgeport, CT 06604
        Tel: (203) 333-9441
        Fax: (203) 333-1489
        E-mail: mcasper@znclaw.com

**Attorney for Defendant**
**Dr. Linda Schutt McMahan**

## CERTIFICATION OF SERVICE

I hereby certify that on **August 25th, 2006**, a copy of foregoing **Defendant's Amended Motion to Extend Deadline to Respond to Amended Complaint and Join Additional Parties** was filed electronically and served by mail on all counsel and pro se parties, including anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

J. Christopher Rooney, Esq.  
Howard K. Levine, Esq.  
Carmody & Torrance, LLP  
195 Church Street, 18th Floor  
New Haven, CT 06510  

Angela C. Agrusa, Esq.  
Liner Yankelevitz Sunshine &  
 Regenstreif, LLP  
1100 Glendon Avenue, 14th Floor  
Los Angeles, CA 90024  

Jeffrey Nussbaum, Esq.  
Liner Yankelevitz Sunshine &  
 Regenstreif, LLP  
199 Fremont Street, 20th Floor  
San Francisco, CA 94105  

Dated at Bridgeport, Connecticut on this 25th day of August 2006.

　　　　　　　　　　　　　　　　　　　　/s/  
Marie A. Casper (ct08974)  
ZELDES, NEEDLE & COOPER, P.C.  
1000 Lafayette Boulevard – 5th Floor  
Bridgeport, CT 06604  
(203) 333-9441 (Telephone)  
(203) 333-1489 (Facsimile)  
mcasper@znclaw.com (E-mail)